UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the
representative of a class of similarly situated persons,

                Case No.   1:22-cv-6461-KAM-MMH

                Plaintiff,

- against -

                **NOTICE OF SETTLEMENT**

UOMO SPORT, LLC,

                Defendant.
-------------------------------------------------------------X

Now comes the Plaintiff, Angel Rodriguez, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

1. In response to Magistrate Judge Marcia H. Henry's Order, Plaintiff's counsel states as follows: Defendant's principal place of business is located in Culver City, CA. However, Defendant has appointed a registered agent in the State of Delaware to receive service and we elected to serve the registered agent pursuant to Fed. R. Civ. P. 4(e)(2)(c).

2. The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, the Parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

3. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

4. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
       February 9, 2023

                                        SHAKED LAW GOUP, P.C.

                Attorneys for Plaintiff

By: <u>*/s/Dan Shaked*</u>
     Dan Shaked, Esq.
     14 Harwood Court, Suite 415
     Scarsdale, NY 10583
     Tel. (917) 373-9128
     e-mail: ShakedLawGroup@Gmail.com