**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,

                       Plaintiff,

Case No.   1:22-cv-6461-KAM-MMH

- against -

UOMO SPORT, LLC,

                       Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Uomo Sport, LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
        March 1, 2023

3.2.2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By:  */s/Dan Shaked*
                                           Dan Shaked, Esq.
                                           14 Harwood Court, Suite 415
                                           Scarsdale, NY 10583
                                           Tel. (917) 373-9128
                                           e-mail: ShakedLawGroup@Gmail.com